No. 86, Misc.  ROBERTS *v.* MEMPHIS STREET RAILWAY CO.

*Per Curiam:* Petition for writ of certiorari granted. The order of the Court of Appeals is vacated and the case is remanded to that court for further consideration in the light of the opinion of this Court in *Adkins* v. *DuPont de Nemours & Co., ante,* p. 331.  *Grover N. McCormick* for petitioner.  *Roane Waring* and *Sam P. Walker* for respondent.